FILED IN
COURT OF CRIMINAL APPEALS

September 16, 2015

ABEL ACOSTA, CLERK

PD-1190-15

PD-1190-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/14/2015 8:53:51 PM
Accepted 9/16/2015 12:35:21 PM
ABEL ACOSTA
CLERK

PDR NO._____

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE TEXAS COURT** |
| | § | |
| **VS.** | § | **OF** |
| | § | |
| **JAIME LEE GAMEZ** | § | **CRIMINAL APPEALS** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Jaime Lee Gamez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's Petition for Discretionary Review, pursuant to Rules 68.2 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 268th Judicial District Court of Fort Bend County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. JAIME LEE GAMEZ, and numbered 12-DCR-061850.

3.      Appellant was convicted of Driving While Intoxicated.

4.      Appellant was assessed a fifteen (15) year sentence on February 14, 2014.

5.      Notice of appeal was given on March 3, 2014.

6.      The clerk's record was filed on April 9, 2014; the reporter's record was

filed on July 14, 2014.

7. On August 4, 2015, the Fourteenth Court of Appeals affirmed Appellant's conviction. Gamez v. State, No. 14-14-00203-CR, slip op. at 1-5, (Tex. App.-Houston [14th Dist.], August 4, 2015, pet. pending).

8. On August 13, 2015, Appellant timely filed his motion for rehearing. The Fourteenth Court of Appeals overruled and denied Appellant's motion for rehearing on August 18, 2015.

9. The Petition for Discretionary Review is due on September 17, 2015.

10. Appellant requests an extension of time of 30 days from September 17, 2015, i.e. October 17, 2015, to electronically file Appellant's Petition for Discretionary Review.

11. No extensions to file the Petition for Discretionary Review have been received in this cause.

12. Defendant is currently incarcerated.

13. Appellant relies on the following facts as good cause for the requested extension:

Counsel is also preparing an appeal styled Elmer Nunez-Marquez vs. The State of Texas, 01-15-00434-CR, which is due October 1, 2015.

In addition, Counsel is preparing for trial, set for October 5, 2015, styled The State of Texas vs. Michael Lee Hocutt, cause number 74947 (Burglary of

Habitation), enhanced twenty five (25) years to Life imprisonment, in the 239th District Court of Brazoria County, Texas.

In addition, Counsel is preparing for trial, set for October 27, 2015, styled The State of Texas vs. Anthony Joseph Sybille, cause numbers, 12-DCR-60739A and 12-DCR- 60742A (Aggravated Robberies), enhanced fifteen (15) years to Life imprisonment, in the 400th District Court of Fort Bend County, Texas.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Petition for Discretionary Review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

LAW OFFICE OF MICHAEL C. DIAZ
20228 Hwy. 6
Manvel, Texas 77578
Tel: (281) 489-2400
Fax: (281) 489-2401


By:/s/Michael C. Diaz           
    Michael C. Diaz
    State Bar No. 00793616
    Attorney for Jaime Lee Gamez

## CERTIFICATE OF SERVICE

This is to certify that on September 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Fort Bend County, Texas, by hand delivery.


/s/Michael C. Diaz
Michael C. Diaz